UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60276 CR-MARRA

MAGISTRATE JUDGE SELTZER

8 U.S.C. §1326(a) and (b)(2)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TREVOR ANTHONY LEE,

        Defendant.
_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 13, 2003, in Broward County, in the Southern District of Florida, the defendant,

**TREVOR ANTHONY LEE**,

an alien, having been previously deported from the United States on or about September 1, 1998, was found in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code,

Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

*Cheryl Crique* (signature)
FOREPERSON

*(signature)*
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*(signature)*
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.
TREVOR ANTHONY LEE

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL    ___ WPB   ___ FTP

New Defendant(s)     Yes ___  No ___
Number of New Defendants    ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __No__
   List language and/or dialect   __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days      __X__      Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony      __X__
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate from a matter pending in the Northern Region of the U.S. Attorney's office prior to October 14, 2003? ___ Yes _X_ No

_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 343226

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __TREVOR ANTHONY LEE__  No.: _____

Count # I:
Re-entry after deportation; in violation of 8:1326(a),(b)(2)

*Max Penalty: Twenty years' imprisonment; $250,000 fine, not more than three years' supervised release

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

Count # :


*Max Penalty:

Count #:


*Max Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96